# United States District Court
## District of South Carolina

| | | |
|---|---|---|
| Mikell Nelson, #70685; | ) | C/A No. 0:05-1164-MBS-BM |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Ms. (FNU) Morales; Pam Caldwell; and Dr. (FNU) Triplett; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil rights action.  The Clerk of Court may file the pleadings as of the date they are received for docketing.[1]

The above-captioned case is subject to summary dismissal under the Prison Litigation Reform Act, 28 U.S.C. § 1915A.  Since the above-captioned case is subject to summary dismissal, it is not necessary for this Court to consider any issues relating to payment of the filing fee in installments.  *See* Misc. No. 4:96-MC38-2 (D.S.C., June 20, 1996).

The Office of the Clerk of Court is directed ***not*** to authorize the issuance and service of process in the above-captioned case, unless it (the Office of the Clerk of Court) is instructed by a United States District Judge or a Senior United States District Judge to do so.

The plaintiff is a *pro se* litigant.  The plaintiff's attention is directed to the following important notice:

### TO THE PLAINTIFF:

You are ordered always to keep the Clerk of Court advised **in writing (901 Richland Street, Columbia, South Carolina 29201)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, your case may be dismissed for violating this Order.  Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address.  Your failure to do so will not be excused by the court.

---

[1] – In the event that a limitations issue arises in this action, the plaintiff will have the benefit of the holding in Houston v. Lack, 487 U.S. 266 (1988) under which the "delivery" date in this case is April 15, 2005.

1

Put this Order with your own record of this case so that you will not overlook your duty. If an attorney serves you by mail on behalf of a defendant or a respondent, you also have a duty to notify that attorney if your address is to be changed for mail purposes.

The plaintiff is, hereby, informed that if his address changes in the future, he must provide *his* own address. Hence, the Office of the Clerk of Court shall not enter any change of address submitted by the plaintiff which directs that mail be sent to a person other than the plaintiff (unless, of course, that person is an attorney admitted to practice before this court who has entered a formal appearance).

**IT IS SO ORDERED.**

s/ BRISTOW MARCHANT
Bristow Marchant
United States Magistrate Judge

April __29___ , 2005
Columbia, South Carolina

2